UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                              Case No. 05-cr-173-01-PB

<u>Daniel Riendeau</u>

<u>O R D E R</u>

    I hereby recuse myself from this case as Attorney Mark Sisti has filed an appearance on behalf of the defendant.

    SO ORDERED.

September 21, 2005                        /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Arnold Huftalen, Esq.
        Mark Sisti, Esq.
        US Marshal
        US Probation