UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                            Case No.  05-cr-173-01-SM

<u>Daniel Riendeau</u>

<u>O R D E R</u>

    Defendant Riendeau's motion to continue the final pretrial conference and trial is granted  (document 25).   Trial has been rescheduled for the September 2006 trial period.   Defendant Riendeau shall file a waiver of speedy trial rights not later than June 20, 2006.   On the filing of such waiver, his continuance shall be effective.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  August 30, 2006 at 4:30 p.m.

    **Jury Selection**:  September 6, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 15, 2006

cc: Mark Sisti, Esq.
   Helen Fitzgibbon, AUSA
   US Probation
   US Marshal