UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                   v.                          CR. 05-173-01-SM

Daniel Riendeau,
        Defendant

O R D E R

Defendant Riendeau's motion to continue the final pretrial conference and

trial is granted  (document no. 30).    Defendant Riendeau has filed a Waiver of

Speedy Trial.  Trial has been rescheduled for the month of November  2006.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference  is rescheduled for October 27, 2006  at 3:30 p.m. in  Room 421.

Jury selection will take place on November 7,  2006 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

August   30,  2006

cc:   Bruce Kenna, Esq.
      Helen Fitzgibbon, AUSA
      U.S. Marshal
      U.S. Probation