UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

      v.                              CR. 05-173-01-SM

<u>Daniel Riendeau</u>,
    Defendant


<u>O R D E R</u>


Defendant Riendeau's motion to continue the final pretrial conference and trial is granted (document no. 33). Defendant Riendeau shall file a waiver of speedy trial rights not later than October 31, 2006. On the filing of such waiver, his continuance shall be effective. Trial has been rescheduled for the month of January 2007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 15, 2006 at 2:30 p.m. in Room 421.

Jury selection will take place on January 9, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 20, 2006

cc:  Bruce Kenna, Esq.
     Helen Fitzgibbon, AUSA
     U.S. Marshal
     U.S. Probation