UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.                                  CR. 05-173-01-SM

<u>Daniel Riendeau</u>,
    Defendant

### O R D E R

Defendant Riendeau's motion to continue the final pretrial conference and trial is granted  (document no. 36).    Defendant Riendeau shall file a waiver of speedy trial rights not later than January 17, 2007.   On the filing of such waiver, his continuance shall be effective.   Trial has been rescheduled for the month of March 2007.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 22, 2007 at 11:30 a.m. in Room 421.

Jury selection will take place on March 6, 2007 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 8, 2007

cc: Bruce Kenna, Esq.
    Helen Fitzgibbon, AUSA
    U.S. Marshal
    U.S. Probation