UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>,
    Plaintiff

      v.                      CR. 05-173-01-SM

<u>Daniel Riendeau</u>,
    Defendant

<u>O R D E R</u>

Defendant Riendeau's motion to continue the final pretrial conference and trial is granted (document no. 39). Defendant Riendeau shall file a waiver of speedy trial rights not later than March 5, 2007. On the filing of such waiver, his continuance shall be effective. Trial has been rescheduled for the May 2007 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference or Change of Plea is rescheduled for April 16, 2007 at 11:30 a.m.

Jury selection will take place on May 1, 2007 at 9:30 a.m.

SO ORDERED.

                                        Steven J. McAuliffe
                                        Chief Judge

February 23, 2007

cc:   Bruce Kenna, Esq.
      Helen Fitzgibbon, AUSA
      U.S. Marshal
      U.S. Probation