**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                      Criminal No. 05-cr-173-01-SM

Daniel Riendeau

**O R D E R**

    Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant faces substantial jail time if convicted.  On the eve of trial and facing the potential of a jail sentence defendant violated his home detention for a weekend of partying.  While he did show up for trial he has demonstrated that he is unlikely to abide by the home detention condition or any similar combination of conditions.  The conditions of release are revoked.

    Accordingly, it is **ORDERED** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On

order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                                _/s/ James R. Muirhead_
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: June 18, 2007

cc:   Helen W. Fitzgibbon, Esq.
       Bruce E. Kenna, Esq.
       U.S. Marshal
       U.S. Probation