UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.                              Case No. 05-cr-173-01-SM

<u>Daniel Riendeau</u>,
    Defendant

<u>O R D E R</u>

Defendant Riendeau's motion to continue the final pretrial conference and trial is granted (document no. 73). Defendant Riendeau shall file a waiver of speedy trial rights not later than November 5, 2007. On the filing of such waiver, his continuance shall be effective. Trial has been rescheduled for the January 2008 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 18, 2007 at 4:00 p.m.

Jury selection will take place on January 8, 2008 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

October 24, 2007

cc:   William Christie, Esq.
      Helen Fitzgibbon, AUSA
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation