UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.                      CR. 05-173-01-SM

<u>Daniel Riendeau</u>,
    Defendant

<u>O R D E R</u>

Defendant Riendeau's motion to continue the final pretrial conference and trial is granted (document no. 92).   Defendant Riendeau shall file a waiver of speedy trial rights not later than  January 17, 20078   On the filing of such waiver, his continuance shall be effective.  Trial has been rescheduled for the April  2008 trial period.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 21, 2008 at 2:00 p.m.

Jury selection will take place on April 1, 2008 at 9:30 a.m.


SO ORDERED.


_____
Steven J. McAuliffe
Chief Judge


January 3, 2008

cc:   Michael Shklar, Esq.
      Helen Fitzgibbon, AUSA
      Debra Walsh, AUSA
      U.S. Marshal
      U.S. Probation