```
          UNITED STATES DISTRICT COURT
           DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                           Case No. 05-cr-173-01-SM

Daniel Riendeau


ORDER

Re: Document No. 96, Motion for Michael C. Shklar to Withdraw as Attorney

Ruling: Granted.  The court notes that this defendant has demonstrated an unusual difficulty in dealing with defense counsel, whether privately retained or appointed.  He has retained and severed relationships with two different highly qualified defense attorneys and has had two more highly qualified attorneys appointed from the CJA Panel to represent him, neither of whom has proven acceptable to defendant.  Defendant does not have the option of choosing specific appointed counsel.  Nevertheless, I will grant this motion to withdraw filed by Attorney Shklar, with regret, accepting his representation that the relationship is not workable.  The clerk will appoint Assistant Federal Defender Lange to represent defendant, subject to his being able to do so.  If he is unable, another attorney will be appointed from the CJA Panel list in the usual course.  However, defendant should understand that newly appointed counsel will not be lightly changed in the future. Defendant can heed or ignore the advice of qualified counsel appointed to represent him, as he chooses, but this case will proceed from this point forward in a timely fashion.  That defendant does not like the advice given or the representation provided by appointed counsel is not a basis upon which to seek replacement. Future requests for changes in appointed counsel will be carefully scrutinized.  This order effectively grants defendant's pro se motion (document no. 97) as well.  So ordered.

                                                _____
                                               Steven J. McAuliffe
                                               Chief District Judge

Date:  January 17, 2008

```
cc:   Michael Shklar, Esq.
      Bjorn Lange, Esq.
      Helen Fitzgibbon, AUSA
      Debra Walsh, AUSA
      US Probation
      US Marshal
      Daniel Riendeau
```